CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 25 2007

JOHN F. CORCORAN, CLERK
BY:
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| THOMAS TULLY, | ) | |
|     Petitioner, | ) | Civil Action No. 7:07-CV-00057 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Samuel G. Wilson |
|     Respondent. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ADJUDGED** and **ORDERED** that respondent's motion to dismiss shall be **GRANTED**. This action is **DISMISSED**; any pending motions are hereby **DENIED as MOOT**; and this case is **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send copies of this Order and accompanying Memorandum Opinion to petitioner and counsel of record for respondent.

**ENTER**: This July 25, 2007.

_____
UNITED STATES DISTRICT JUDGE